UNITED STATES of America, Plaintiff–Appellee,

v.

**Lazaro VILLALBA, Defendant–Appellant.**

No. 08–13958 Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 8, 2009.

Lazaro Villalba, McRae, GA, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Richard F. Della Fera, appointed counsel for Lazaro Villalba in this direct criminal appeal, has moved to withdraw from

further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and Villalba's conviction and sentence are **AFFIRMED.** The motion for appointment of alternate counsel is **DENIED.**